CALLAHAN, Circuit Judge,
dissenting:
I respectfully dissent. The charging document alleged that Nalangan violated California Health & Safety Code § 11877(a) by possessing methamphetamine. Section 11377(a) is a “wobbler” which may result in either a felony or misdemeanor conviction, and Nalangan pled no contest to a misdemeanor conviction of § 11377(a). There is no indication that there was any question as to the substance he illegally possessed or that any count was dismissed when Nalangan pled no contest. The record of conviction shows that Nalangan pled guilty to the specific count alleged in the charging document, and the count was simply reduced from felony methamphetamine possession to misdemeanor methamphetamine possession. For these reasons the record in this case is not ambiguous, in contrast to Medina-Lara v. Holder, 771 F.3d 1106, 1114-15 (9th Cir.2014), and Alvarado v. Holder, 759 F.3d 1121, 1131 (9th Cir.2014). I would therefore deny Nalangan’s petition.